# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 10-00485  BKT  Judge: BRIAN K TESTER  
Case Name: REYES VAZQUEZ, HECTOR A.  

Trustee Name: WILFREDO SEGARRA-MIRANDA  
Date Filed (f) or Converted (c): 01/29/10 (f)  
341(a) Meeting Date: 02/24/10  

For Period Ending: 02/03/11  

Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENTIAL PROPERTY LOCATED AT DORADO DEL MAR, J- | 280,000.00 | 40,796.57 | | 0.00 | 40,796.57 |
| 2. CASH ON HAND | 80.00 | 0.00 | OA | 0.00 | 0.00 |
| 3. BANCO POPULAR CHCKING ACCOUNT # 058235094 | 1,500.00 | 0.00 | OA | 0.00 | 0.00 |
| 4. FIRST BANK CHECKING ACCOUNT #3602107058 | 300.00 | 0.00 | OA | 0.00 | 0.00 |
| 5. 32'TV SET | 300.00 | 0.00 | OA | 0.00 | 0.00 |
| 6. 50'TV SET | 600.00 | 0.00 | OA | 0.00 | 0.00 |
| 7. BEDROOM SET | 900.00 | 0.00 | OA | 0.00 | 0.00 |
| 8. DINING ROOM SET | 350.00 | 0.00 | OA | 0.00 | 0.00 |
| 9. LIVING ROOM SET | 600.00 | 0.00 | OA | 0.00 | 0.00 |
| 10. REFRIGERATOR | 500.00 | 0.00 | OA | 0.00 | 0.00 |
| 11. STOVE | 300.00 | 0.00 | OA | 0.00 | 0.00 |
| 12. USED CLOTHES AND SHOES | 500.00 | 0.00 | OA | 0.00 | 0.00 |
| 13. JEWELRY | 300.00 | 0.00 | OA | 0.00 | 0.00 |
| 14. ADVANCED WINDOW MANUFACTURING OWNER BANKRUPTCY | 0.00 | Unknown | | 0.00 | Unknown |
| TOTALS (Excluding Unknown Values) | $286,230.00 | $40,796.57 | | $0.00 | Value of Remaining Assets $40,796.57 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Application to employ REALTOR 04/29/10 (DOC #16); ORDER APPROVING EMPLOYMENT 06/23/10 (DOC #20)

Initial Projected Date of Final Report (TFR): 08/15/10     Current Projected Date of Final Report (TFR): 08/15/12

/s/ WILFREDO SEGARRA-MIRANDA  
_____  Date: 02/03/11  
WILFREDO SEGARRA-MIRANDA